IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 1:05cr31-SPM

ROMON MANDEL THOMAS,

      Defendant.
_____/

**ORDER CONTINUING TRIAL AND SETTING DEADLINE TO CONTACT
THE COURT TO SCHEDULE A CHANGE OF PLEA**

      Pending before the Court is Defendant Roman Mandel Thomas' Third Motion to Continue Upon Stipulation (doc. 110).  Thomas requests a continuance of trial so he can finish making a Rule 11 proffer and secure a written plea agreement and factual basis, with the aim toward resolving the instant case and a separate case against Thomas that is pending in state court.  Given Thomas' current focus, he is not prepared to proceed to trial and will need additional time if required to do so.  The Government does not oppose the requested continuance.

      A refusal to grant a continuance in these circumstances would deny Thomas reasonable time for effective trial preparation.  18 U.S.C. § 3161(h)(8)(B)(iv).  The ends of justice served by continuing trial outweigh the

best interests of the public and Thomas in a speedy trial.   Accordingly, it is

ORDERED AND ADJUDGED:

1. Thomas' motion (doc. 110) is granted.

2. Trial is continued to 8:30 a.m. on February 13, 2006.

3. Thomas shall have up to and including January 30, 2006 to contact the Court to schedule a change of plea.

DONE AND ORDERED this 21st day of December, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge