IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 1:05cr31-SPM

ROMON MANDEL THOMAS,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Romon Mandel Thomas' motion to continue sentencing upon stipulation (doc. 145) is granted. Sentencing is reset for 1:30 p.m. on June 5, 2006.

SO ORDERED this 24th day of April, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge